**United States Court of Appeals**
**FOR THE EIGHTH CIRCUIT**

_____

No. 96-1880

_____

Michael W. Blodgett,        *
                                 *

        Appellant,        *

                                 * Appeal from the United
States

    v.                         * District Court for the
                                 * District of Minnesota.

United States of America,   *     [UNPUBLISHED]
                                 *

        Appellee.       *

_____

Submitted:  October 6, 1997

Filed: October 10, 1997

_____

Before WOLLMAN, LOKEN, and HANSEN, Circuit Judges.

_____

PER CURIAM.

Michael W. Blodgett brought a 28 U.S.C. § 2255 motion, alleging ineffective assistance of counsel, trial and sentencing errors, and a violation of double jeopardy. After careful review of the record and the parties' submissions, we agree with the district court[1] that Blodgett did not show that his counsel was

---

[1]The Honorable Richard H. Kyle, United States District Judge for the District of Minnesota.

ineffective and that

Blodgett either had procedurally defaulted or was barred from raising his other claims.  We conclude that the issues do not warrant further discussion, and we affirm the judgment.  <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.